IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR120 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSIE ATKISSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend self surrender date and for travel (Filing No. 33). The Court notes plaintiff has no objection to the motion. Accordingly,

IT IS ORDERED that the motion is granted. Defendant shall self surrender to the institution designated by the Bureau of Prisons on or before **2 p.m. on January 17, 2012.** In the interim, defendant may return to the District of Nebraska for the reasons set forth in the motion.

DATED this 15th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court